McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAVIER SANDOVAL SERRANO,<br><br>　　　　　　Defendant. | Case No. 1:20-po-00108-SAB<br><br>MOTION AND ORDER TO RETURN COLLATERAL FORFEITURE PAYMENT OF CENTRAL VIOLATIONS BUREAU CITATION |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, moves for an order returning Defendant's May 10, 2020 payment of $180.00 made to the Central Violations Bureau for citation 9599024/CA99, case 1:20-po-00108-SAB.

On July 23, 2020 the United States moved to dismiss the instant case in the interest of justice. The Court granted the motion to dismiss. Thereafter, the United States learned that the Defendant had already paid the citation on May 10, 2020.

///

///

///

///

1

The United States asks the Court to request the Central Violations Bureau to return the payment to defendant in the interest of justice.

DATED:  August 11, 2020                                       Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

                                    By:       /s/ Philip N. Tankovich
                                             PHILIP N. TANKOVICH
                                             Special Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that the defendant's collateral forfeiture payment be returned to the defendant.

IT IS SO ORDERED.

Dated: __**August 11, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE